UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANNABEL,

       Plaintiff,                 No. 14-10244

v.                              District Judge Arthur J. Tarnow
                              Magistrate Judge R. Steven Whalen

JACK FROST, ET AL.,

       Defendants.

_____ /

**ORDER**

Defendants' motion for leave to take the deposition of Plaintiff [Doc. #83] is GRANTED.

Pursuant to Fed.R.Civ.P. 30(a)(2), the Defendants, through their counsel, the Michigan Department of Attorney General, by attorney John L. Thurber or any other Assistant Attorney General, are hereby granted leave to conduct a deposition of the Plaintiff, Robert Annabel #414234, at the Ionia Maximum Correctional Facility or any Michigan Department of Corrections facility at which Plaintiff is housed.

IT IS SO ORDERED.

                              s/R.  Steven Whalen
                              R. STEVEN WHALEN
                              UNITED STATES MAGISTRATE JUDGE

Dated: July 25, 2017

## CERTIFICATE OF SERVICE

I hereby certify on July 25, 2017, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on July 25, 2017.

s/Carolyn Ciesla
Case Manager to
Magistrate Judge R. Steven Whalen