UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANNABEL,

      Plaintiff,

v.

JACK FROST, ET AL.,

      Defendants.

Case No. 14-10244

SENIOR UNITED STATES DISTRICT JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE R. STEVEN WHALEN

**ORDER: ADOPTING REPORT AND RECOMMENDATION [128]; OVERRULING PLAINTIFF'S OBJECTION [132]; DENYING PLAINTIFF'S RENEWED MOTION FOR TRO [110]**

On July 28, 2017, Plaintiff Robert Annabel filed a Renewed Motion for TRO and Preliminary Injunction [110]. The Magistrate Judge issued a Report and Recommendation ("R&R") [128] recommending that the Court deny Plaintiff's Renewed Motion. Plaintiff filed an Objection [132] to the R&R on September 28, 2017.

The Court has reviewed the Renewed Motion, the Magistrate Judge's R&R, and the Plaintiff's Objection. The Objection states: "Plaintiff incorporates ALL his prior objections." [Dkt. #132]. The Court addressed Plaintiff's prior objections in Order [130], filed on September 20, 2017. The Court incorporates its analysis in Order [130].

1

The R&R [128] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Plaintiff's Objection [132] is **OVERRULED**.

**IT IS FURTHER ORDERED** that Plaintiff's Renewed Motion for TRO and Preliminary Injunction [110] is **DENIED**.

**SO ORDERED**.

Dated: October 23, 2017

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge