UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANNABEL,

    Plaintiff,                         No. 14-10244

v.                               District Judge Arthur J. Tarnow
                                  Magistrate Judge R. Steven Whalen

JACK FROST, ET AL.,

    Defendants.
_____/

## ORDER

Plaintiff's Motion to Compel Overdue Interrogatories [Doc. #96] is DENIED AS MOOT. In response to Plaintiff's motion [Doc. #97], Defendants explain that the responses were sent to Plaintiff, but apparently some were returned for insufficient postage. The responses were then re-served, and also attached to the response.

IT IS SO ORDERED.

Dated: January 17, 2018             s/R. Steven Whalen
                                         R. STEVEN WHALEN
                                         U.S. MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify on January 17, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on January 17, 2018.

                                               s/Carolyn M. Ciesla
                                               Case Manager for the
                                               Honorable R. Steven Whalen