UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANNABEL,

    Plaintiff,                                    No. 14-10244

v.                                           District Judge Arthur J. Tarnow
                                               Magistrate Judge R. Steven Whalen

JACK FROST, ET AL.,

    Defendants.
    _____/

## ORDER

Plaintiff's motion to compel discovery [Doc. #122] is DENIED AS MOOT. In their response to the motion [Doc. #125], Defendants state that they have served the discovery responses without objection, and have attached the responses as Exhibit C.

IT IS SO ORDERED.

Dated: January 17, 2018                          s/R. Steven Whalen
                                                           R. STEVEN WHALEN
                                                           U.S. MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify on January 17, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on January 17, 2018.

                                                                s/Carolyn M. Ciesla
                                                                Case Manager for the
                                                                Honorable R. Steven Whalen