UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANNABEL,

        Petitioner,

        v.

FROST ET AL.,

        Respondents.

Case No. 14-10244

SENIOR U. S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
R. STEVEN WHALEN

_____/

**ORDER PROVISIONALLY APPOINTING COUNSEL AND STAYING THE CASE**

On January 17, 2014, Plaintiff, Robert Annabel, filed a pro se Complaint alleging that Defendants retaliated against him for seeking a unit representative position at the institution where he was incarcerated, the Gus Harrison Correctional Facility, and filing a grievance when he was not given the opportunity to sign up for the position, thereby violating his First Amendment rights. (ECF No. 1). The case has survived summary judgment (ECF No. 240) and parties have been unable to reach a settlement agreement. A status conference is currently scheduled for October 26,

2021. (ECF No. 284).

On August 9, 2021, Mr. Annabel moved to appoint counsel. (ECF No. 285). He states that he lacks the knowledge and experience necessary to conduct a trial, and has been paroled so has lost access to the prison law library. *Id.* The Court agrees to refer Mr. Annabel's case to the Court's Pro Bono Panel in an attempt to have counsel assigned to Mr. Annabel. *See* U.S.C. § 1915(e)(1). The case will be stayed for a period of 90 days while the Court attempts to obtain pro bono counsel. If pro bono counsel cannot be obtained within 90 days, the stay will be lifted, and the Plaintiff will proceed pro se.

Accordingly,

**IT IS ORDERED** that Plaintiff is provisionally appointed counsel.

**IT IS FURTHER ORDERED** that the case is stayed for 90 days or until pro bono counsel is appointed, whichever comes first.

**SO ORDERED**.

/s/Arthur J. Tarnow_____
Arthur J. Tarnow
Dated:   September 3, 2021        Senior United States District Judge