UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANNABEL,

       Plaintiff,                              Case No. 3:14-cv-10244
                                                   District Judge Robert H. Cleland
v.                                                   Magistrate Judge Anthony P. Patti

JACK FROST, *et al.*,

       Defendants.
_____/

## STATUS CONFERENCE ORDER

    A status conference was held today by Zoom. The parties do not believe that a settlement conference would be fruitful in light of prior communications, although the Court will plan to discuss settlement at the eventual final pretrial conference. The parties agreed on the record that Plaintiff's only remaining claim is for First Amendment retaliation against the following remaining defendants: Frost, Steven Kindinger, S. Campbell, J. Eaton, and K. McConnell. Plaintiff will continue to proceed *in pro per* and be prepared to try the case as such, unless new counsel can be located for him. Plaintiff will promptly provide updated contact information when he moves and/or obtains a new phone. The Attorney General will promptly file an appearance for Defendant McConnell. All motions *in limine* must be filed or re-filed on or before **Wednesday, May 11, 2022,** or they will not be considered. Once motions *in limine* have been fully briefed, the Court will set: (1) a hearing

date on the motion(s); (2) a final pretrial conference, likely for the same day; and, (3) a deadline for submitting a proposed joint final pretrial order, jury instructions and verdict form in advance of the final pretrial conference. Once the case has been certified for trial, the trial judge will set the trial date.

**IT IS SO ORDERED.**

Dated: April 7, 2022

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE