UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANNABEL,

        Plaintiff,                    Case No. 3:14-cv-10244
                                          District Judge Robert H. Cleland
v.                                        Magistrate Judge Anthony P. Patti

JACK FROST, *et al.*,

        Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY TO ECF No. 308 (ECF NO. 310)

Plaintiff requests an extension of time for replying to ECF No. 308, Defendants' response to his renewed motion in limine (ECF No. 294) due to mental health issues and a change of address. The motion is **GRANTED** (ECF No. 310) and his reply brief filed on August 15, 2022 (ECF No. 308) is **HEREBY ACCEPTED AS TIMELY**.

    **IT IS SO ORDERED.**

Dated: August 16, 2022

                                                                          Anthony P. Patti
                                                                         UNITED STATES MAGISTRATE JUDGE