**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

ROBERT ANNABEL,

     Plaintiff,

v.                                    Case No. 14-10244

JACK FROST, et al.,

     Defendants.

_____/

### ORDER REGARDING EXHIBITS AT TRIAL

In accordance with the court's "Order Directing Parties to Submit Trial Preparatory Materials" (ECF No. 336), and to ensure a smooth and efficient presentation of exhibits at trial,

The parties are hereby ORDERED to exchange their lists and <u>marked</u> copies of all the contested proposed exhibits no later than April 13, 2023. Defendants' counsel is directed to work with the appropriate personnel at the Michigan Department of Corrections facility where Plaintiff is located to ensure that documents can be timely exchanged. Exhibits not exchanged before this date may not be considered at trial.

Defendants' counsel is further ORDERED to submit to the court, no later than April 13, 2023, the parties' final proposed exhibit lists.

Defendants' counsel is further ORDERED to deliver to the court's chambers, no later than April 21, 2023, five (5) hard copies of: (1) the parties' stipulated exhibits, (2) Plaintiff's proposed exhibits, and (3) Defendants' proposed exhibits, in binders with tabs and a table of content, for a total of 15 binders.

<u>s/Robert H. Cleland  /</u>
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: April 6, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 6, 2023, by electronic and/or ordinary mail.

<u>s/Lisa Wagner  /</u>
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\14-10244.ExhibitOrder.NH.docx