**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

ROBERT ANNABEL,

    Plaintiff,

v.                                                    Case No. 14-10244

JACK FROST, et al.,

    Defendants.
_____/

## ORDER REGARDING TRIAL PROCEDURES

Plaintiff Robert Annabel, appearing pro se, is a prisoner at Macomb Correctional Facility. He filed this 42 U.S.C. § 1983 prisoner civil rights action against Defendants Jack Frost, Steven Kindinger, Sherman Campbell, James Eaton, and Keith McConnell, employees of the Michigan Department of Corrections. (ECF No. 18, PageID.254.)

Trial is scheduled for April 26, 2023. The court assumes that both sides know how to try a case. At all times, the court maintains control over the proceedings and the parties must follow the instructions and rulings of the court. Failure to observe the court's instructions may limit the presenter's time.

The parties must observe the following principles:

1. Act in a civil and respectful manner throughout the course of trial.
2. Observe courtroom formalities (E.g., stand when the court is opened, recessed, or adjourned, when the jury is ushered in or out of court, and when addressing the court).
3. Do not interrupt each other or the court.

4. Know that all factual evidence offered at trial, including testimonies and documents, must meet the requirements of the Federal Rules of Evidence.

5. Conduct all business (including questioning witnesses and delivering arguments) at counsel table. Movements from the counsel table must not be disruptive.

These principles are not meant to be exhaustive, but rather are meant as the baseline requirements for conducting a trial. The parties should be aware and ready to adapt to additional requirements and procedures as necessary during the trial. At all times, the parties should be prepared to follow the instructions and rulings of the court.

                                                             s/Robert H. Cleland                 /
                                                             ROBERT H. CLELAND
                                                             UNITED STATES DISTRICT JUDGE

Dated:  April 6, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 6, 2023, by electronic and/or ordinary mail.

                                                             s/Lisa Wagner                    /
                                                             Case Manager and Deputy Clerk
                                                             (810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\14-10244.ANNABEL.TrialProceduresOrder.NH.v2.docx